FILED
2010 SEP 10 PM 3:42
CENTRAL DISTRICT COURT
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   No. CR 10- **CR10 1023**
                            )
          Plaintiff,        )   **I N D I C T M E N T**
                            )
          v.                )   [18 U.S.C. § 157(1):
                            )   Bankruptcy Fraud; 18 U.S.C.
DARWIN BOWMAN,              )   § 2: Aiding and Abetting and
     aka "Darwin Bowman, Jr.,") Causing an Act to be Done]
                            )
          Defendant.        )
                            )
_____)

The Grand Jury charges:

COUNTS ONE AND TWO

[18 U.S.C. §§ 157(1), 2]

A.   INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.   Defendant DARWIN BOWMAN, also known as "Darwin Bowman, Jr." ("BOWMAN"), was a resident of Los Angeles County, within the Central District of California.

//
//
//

EJD:ejd

2. A bankruptcy case typically commenced with the filing of a petition for bankruptcy. A person seeking relief from debts, referred to as the "debtor," could file a "voluntary petition" for bankruptcy.

3. The filing of a bankruptcy petition would trigger what was known as an "automatic stay" against the debtor's creditors, who would be immediately forbidden from taking any action on claims they might have against the debtor or any property owned by the debtor when the bankruptcy case was commenced, unless permission of the bankruptcy court was first obtained.

B. THE SCHEME TO DEFRAUD

4. Beginning in or about May 2008, and continuing to at least July 28, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant BOWMAN, together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud lenders who were attempting to foreclose on real properties through trustee sales, by means of filing fraudulent petitions for bankruptcy protection under Title 11 of the United States Code.

5. The purpose of the fraudulent scheme was to hinder, delay, and obstruct creditors' lawful foreclosure and eviction actions against clients who had defaulted on their mortgages.

6. The fraudulent scheme operated, in substance, as follows:

    a. Defendant BOWMAN and a co-schemer ("Co-schemer 1") distributed and caused to be distributed advertisements, and contacted and caused others to contact property owners in person,

to solicit clients for their foreclosure-delay services.

b.  Through these advertisements and direct solicitations, salespersons working with defendant BOWMAN and Co-schemer 1 told potential clients whose properties were being foreclosed upon ("the subject properties") that, in exchange for a monthly fee, the salespersons' company would indefinitely postpone the foreclosure.  The clients were not told that the postponement would be achieved through the filing of serial false bankruptcies by defendant BOWMAN and his co-schemers.

c.  After a client had signed up and paid the fee, the salespersons, operating at defendant BOWMAN and Co-schemer 1's direction, would obtain a client's signature on a deed transferring a fractional share of a subject property to a fictitious person, which deed the salespersons would then record.

d.  Defendant BOWMAN and Co-schemer 1 would direct another co-schemer ("Co-schemer 2") to file a voluntary bankruptcy petition in the name of this same fictitious person ("the false bankruptcy petition").

e.  After the false bankruptcy petition was filed, defendant BOWMAN or a co-schemer would fax a copy of the recorded deed and the false bankruptcy petition, both of which listed the same fictitious person's name, to the client's lender or the lender's representative, thereby notifying the lender of the automatic stay in order to stop the foreclosure sale.

f.  When a motion to dismiss or a motion for relief from stay in the fraudulently initiated bankruptcy case was filed and granted, and another foreclosure sale was scheduled, defendant BOWMAN and Co-schemer 1 would cause the client to sign

another deed transferring another fractional share of the subject property to a different fictitious person, file another false bankruptcy petition in that different fictitious person's name, and send both documents to the lender or the lender's representative to stop the next sale.

   g. After a bankruptcy case was dismissed, defendant BOWMAN and his co-schemers would cause the deed transferring a fractional share of the subject property to the fictitious person in whose name the dismissed bankruptcy case had been filed to be reconveyed to the client.

   h. Defendant BOWMAN and his co-schemers repeated this course of action, thereby repeatedly delaying the sale of the subject properties, for as long as the client paid the monthly fee.

   7. As part of the above-described fraudulent scheme, from approximately May 1, 2008, through approximately July 28, 2010, defendant BOWMAN and his co-schemers delayed the foreclosure sales of approximately 475 subject properties for between one month and two years, which caused lenders to lose interest payments on mortgage loans totaling more than $200 million that would otherwise have been partially or entirely satisfied through the foreclosure sales. During that same period, defendant BOWMAN and Co-schemer 1 collected approximately $396,000 from clients in monthly fees paid for illegal foreclosure-delay services.

C.  **EXECUTIONS OF THE SCHEME TO DEFRAUD:**

8. On or about the dates set forth below, for the purpose of executing and attempting to execute the above-described scheme, defendant BOWMAN filed and caused to be filed false bankruptcy petitions in the following proceedings under Title 11, of the United States Code, with intent to defraud lenders:

| COUNT | DATE | DOCUMENT |
|---|---|---|
| ONE | 5/6/2009 | Voluntary Bankruptcy Petition in the name of Marcus Lamont Collins, a fictitious person, bearing case number 6:09-19443 (filed in the U.S. Bankruptcy Court, Central District of California). |
| TWO | 11/17/2009 | Voluntary Bankruptcy Petition in the name of Kenneth Jason Whitaker, a fictitious person, bearing case number 6:09-37771 (filed in the U.S. Bankruptcy Court, Central District of California). |

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

EVAN J. DAVIS
Assistant United States Attorney
Major Frauds Section